1

2

3

4

5

6

7   **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8   **AT SEATTLE**

9   UNITED STATES OF AMERICA,                NO.  MC12-0079-JLR

10              Plaintiff,

11      v.                                    ORDER DENYING CLAIM FOR
                                              EXEMPTION
12   EDWARD L. GOODRIDGE JR.,

13              Defendant,

14              and

15

16   STILLAGUAMISH TRIBE OF
     INDIANS,
17
                Garnishee,
18

19          The Court, having reviewed the Report and Recommendation of the Honorable James

20   P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

21          (1)     The Report and Recommendation is ADOPTED and APPROVED;

22          (2)     This claim for exemption (Dkt. 8) is DENIED; and

23   //

24   //

25   //

26

ORDER- 1

1

2

(3)     The Clerk of the Court is directed to send copies of this Order to Defendant, and

        to the Honorable James P. Donohue.

3

DATED this 3rd day of Aug, 2012.

4

5

6

JAMES L. ROBART
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER- 2