UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD L. GOODRIDGE JR.,<br><br>Defendant,<br><br>and<br><br>STILLAGUAMISH TRIBE OF INDIANS,<br><br>Garnishee | NO. MC12-0079-JLR<br><br>ORDER DENYING CLAIM FOR EXEMPTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

 (1) The Report and Recommendation is ADOPTED and APPROVED;

 (2) This claim for exemption (Dkt. 8) is DENIED; and

//
//
//

ORDER- 1

(3) The Clerk of the Court is directed to send copies of this Order to Defendant, and to the Honorable James P. Donohue.

DATED this 3rd day of Aug, 2012.

JAMES L. ROBART
United States District Judge

ORDER- 2